PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Luis Polanco                 **Docket Number:** 06-00971-001
                                                                                                             **PACTS Number:** 45410

**Name of Sentencing Judicial Officer:** The Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 09/27/2007

**Original Offense:** Conspiracy to Pass Counterfeit Federal Reserve Notes, 18 U.S.C. § 371 [18 U.S.C. § 472]

**Original Sentence:** 18 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release               **Date Supervision Commenced:** 10/23/07

**Assistant U.S. Attorney:** Nicole Kim, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John D. Caruso (Retained), Garces and Grabler, 20 Green Street, Newark, New Jersey 07102, (973) 848-0500

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which he is released.**' |
| | According to the United States Marshal's Service, the offender was released from the Passaic County Jail on October 23, 2007, upon completion of the term of imprisonment imposed for the instant offense. The offender has failed to report to the probation office within 72 hours of his release and his whereabouts are currently unknown. |

PROB 12C - Page 2
Luis Polanco

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 5/1/09

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-12-09
Date